UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVSION

**Sudesh Ebenezer,** M.D., an individual,

    Plaintiff,

v.

**Hurley Medical Center**, a
Michigan Municipal Corporation,

    Defendant.
_____/

Case No.: 2:25-cv-13145

**COMPLAINT**

**JURY DEMAND**

## INDEX OF EXHIBITS

1. Exhibit 1 – Physician Service Agreement

2. Exhibit 2 – Hurley-Shah New Call Agreement

3. Exhibit 3 – Retaliation Letter – Medical Center Neurosurgery Trauma Panel

4. Exhibit 4 – Documentation Supporting a Reduction in Income

Dated: October 6, 2025

Respectfully submitted,

1

/s/ *Ertis Tereziu*
Ertis Tereziu (P84911)
MORGAN & MORGAN, P.A.
150 West Jefferson, Suite 1400
Detroit, MI 48226
Telephone: (313) 739-1953
Email: etereziu@forthepeople.com