# EXHIBIT 1

**PHYSICIAN SERVICES AGREEMENT
FOR THE PROVISION OF
NEUROSURGERY SERVICES**

This AGREEMENT FOR THE PROVISION OF NEUROSURGERY SERVICES ("Agreement") is entered into on the date last written below and made effective on June 1, 2015 (the "Effective Date"), by and between Hurley Medical Center, a Michigan municipal corporation ("HMC") and Sudesh Ebenezer, M.D., an individual physician licensed in Michigan ("Physician").

## RECITALS

**WHEREAS**, HMC is the owner and operator of Hurley Medical Center ("Hospital"), a Hospital in Flint, Michigan.  Within the Hospital is an Emergency Department ("Department"). Both the Hospital and Department require continuous coverage twenty-four (24) hours per day, seven (7) days per week, by on-call physicians to provide prompt and quality neurosurgery call coverage services ("Services");

**WHEREAS** Physician is licensed and qualified to practice medicine in the State of Michigan with a specialty in neurosurgery, and

**WHEREAS**, HMC desires to contract with Physician to provide on-call coverage in the Department and at Hospital, and Physician is willing to provide such Services, on mutually agreeable terms.

**NOW, THEREFORE**, in consideration of the mutual promises set forth below, the parties agree as follows:

## SECTION I
## DUTIES OF PHYSICIAN

1. <u>Duties of Physician</u>.  Physician shall provide professional neurosurgery call services to the Department and Hospital, as determined from time to time by Hospital, including but not limited to the following:

    1.1. Provide a physical response to requests involving emergency and/or staff patients with neurosurgical problems within no more than thirty (30) minutes upon notification to the Physician's answering service regarding the care of any Department or Hospital patient, provided however, the assigned surgeon on call is not providing emergent medical services at the time of the request. If same occurs, the Physician shall make every effort to provide a second surgeon for the response. The entire call schedule encompasses twenty-four hours a day, seven days a week, 365 days per year. An annual call schedule will be created by the Chief of Trauma Services. Physicians call will be divided equally, with additional opportunity extended based on call coverage needs. Any changes to the call schedule will be orchestrated between the neurosurgeons participating in the call schedule and communicated back to HMC with a minimum notice of 24-hours prior to the start of the change in the schedule. Changes are to be communicated to the Chief of Trauma Services, or his designee.

1

1.2. Cooperate with Case Management/UR activities and requests including, but not limited to, participating in family conferences, meeting insurance requirements, certification and pre-certification (including diagnostic case studies) review discharge planning, availability and response to inquiries for Case Management staff:

2. <u>Physician Availability</u>.  Physician shall be available at all times during the time that he or she is assigned to provide Services and shall provide appropriate, timely care for all patients referred to him or her, without undue or unreasonable delay.  Physician shall return a call from the Department promptly after being contacted while on call.  Physician shall not perform call services for another community hospital while performing Services under this Agreement.

3. <u>Admission of Neurosurgery Patients</u>.  Physician shall make every effort to accept admission of Neurosurgery patients when identified as such by HMC's Department physicians after Department physicians have assessed such patients' critical needs for neurosurgery Services, or those referred through the Physician Direct program with neurosurgical needs; assuming the assigned surgeon possesses the medical/technical expertise to care for such patient..

4. <u>Patient Safety and Quality</u>.  Physician will assist in identification, evaluation and implementation of evidence-based protocols that promote patient safety and quality.

5. <u>Third Party Payor Contracts</u>.  Physician shall make good faith efforts to enter into and maintain Third Party Payor Contracts with those entities that amount to 5% or more of HMC's business.

6. <u>Standards of Care</u>.  ==Physician shall provide all Services under this Agreement in accordance with the community standards of practice and in accordance with HMC's Medical Staff Bylaws, and Hospital policies.==  Physicians agrees that all patient care Services contemplated hereunder shall comply with federal and state laws and regulatory and/or accreditation agencies including, but not limited to Medicare, CMS, and the Joint Commission.

7. <u>Compassionate Services</u>.  Physician shall act to promote the best interests of HMC and shall render attentive, prompt, and compassionate services to patients of HMC.

8. <u>Medical Staff Professional Qualifications</u>.  Physician shall be board certified or board eligible in the designated specialty, licensed to practice in the State of Michigan, a member in good standing of HMC's Medical Staff with current privileges at HMC, and shall comply with HMC's Professional Staff Bylaws, Rules, and Regulations.  Physician shall be currently eligible under state and federal law to prescribe all classes of narcotics and restricted drugs necessary for the performance of Neurological Services under this Agreement.  This Agreement does not automatically bestow membership in HMC's Medical Staff, nor does termination of this Agreement affect membership status in HMC's Medical Staff.  Physician shall promptly notify HMC of any loss, suspension, or material limitations of the licenses of specialty qualifications affecting Physician's staff membership or clinical privileges.  Physician shall promptly notify HMC when any malpractice or professional disciplinary action is initiated, pending, settled, or goes to judgment.

9. <u>Professional Liability Insurance</u>.  Physician must maintain general and professional liability coverage with limits of not less than $200,000 per claim and $600,000 annual aggregate through a carrier licensed to do business in the State of Michigan and acceptable to HMC.  If

Physician's professional liability coverage is a claims-made policy, Physician must also provide prior-acts coverage (retroactive or tail) for events occurring within the term of this Agreement.  Physician will furnish a Certificate evidencing this coverage and providing not less than thirty (30) days notice in the event of cancellation, non-renewal, or a material change in coverage.

10. <u>Records</u>.  For each patient treated Physician shall prepare and deliver to HMC, in a timely fashion, a complete medical report relating to such treatment in accordance with the accrediting agency and in compliance with the Bylaws, Rules and Regulations of the HMC Medical Staff. Physician's responsibility for preparing and delivering such reports is fulfilled by providing HMC with a signed medical report in a format reasonably acceptable to HMC.  Physician will cooperate in the completion of patient claim forms necessary to procure reimbursement for such treatment.  HMC will provide information required for reimbursement for such treatment. The obligations of the paragraph shall survive termination of this Agreement. Such records shall remain the property of HMC.

11. <u>Time Studies</u>.  Physician shall complete necessary time studies for HMC as required by the Medicare/Medicaid programs and/or other third party payors. Failure to complete the time studies in a timely manner shall result in the delay of compensation payment to Physician until the reports are completed.

12. <u>Private Practice</u>.  Physician is not prohibited by anything in this Agreement from earning private income through private practice, consultations, or public or private business associations, provided that such activities do not conflict with his or her obligations to HMC or Department.  Any income so acquired is not subject to the provisions of this Agreement.

13. <u>Periodic Meetings and Review</u>. The Physician and representatives of HMC shall meet as reasonably required by the Parties to jointly review performance, quality improvement, patient satisfaction, and efficiency issues relating to the performance of services under this Agreement.

14. <u>Corporate Compliance Program</u>.  HMC has in place a Corporate Compliance Program ("Program") which has as its goal to ensure that HMC complies with federal, state and local laws and regulations. The Program focuses upholding a high standard of ethical and legal business practices, and the prevention of misconduct. Physician acknowledges HMC's commitment to Program and agrees to conduct all business transactions which occur pursuant to this Agreement in accordance with the underlying philosophy of the Program adopted by HMC.

15. <u>Conflict of Interest</u>.  Physician will immediately report any conflict of interest to HMC and give full disclosure of facts pertaining to any transaction or related activity that may be reasonably construed as a conflict of interest.

16. <u>Exclusion from Governmental Programs</u>.  Physician represents that, as of the Effective Date, neither it nor any of its employees or agents providing services hereunder have (i) been heretofore excluded, debarred, suspended or been otherwise determined to be, or identified as, ineligible to participate in any governmental program (collectively, the "Governmental Programs") or are about to be excluded, debarred, suspended or otherwise determined to be, or identified as, ineligible to participate in any Governmental Program; (ii) received any

information or notice, or become aware, by any means or methods, that it is the subject of any investigation or review regarding its participation in any Governmental Program; or (iii) been convicted of any crime relating to any Governmental Program. Physician agrees to notify HMC within one (1) business day of becoming aware of any of the foregoing information, notice, actions or events during the term of this Agreement. The listing of Physician or any of its employees or agents on the Office of Inspector General's ("OIG") exclusion list or OIG's website for excluded individuals/entities shall constitute a breach of this Section and requires immediate written notice to HMC. In the event that Physician is excluded from any Governmental Program, this Agreement shall immediately terminate.

17. Compliance with Laws.  The parties agree that this Agreement is intended to comply with all applicable state and federal laws, rules, and, regulations (collectively, "Laws"). The parties agree that this Agreement is an arms-length transaction for fair market value. The parties further agree that the benefits to each other under this Agreement do not require, are not payment for, and are not in any way contingent upon, the referral, admission, or any other arrangement for the provision of any item or service offered by either party or its affiliates. If either party reasonably believes that this Agreement violates any Laws, then it shall inform the other party and the parties shall negotiate in good faith to amend this Agreement If the Agreement cannot be amended to eliminate the problematic provision, then either party may terminate this Agreement upon thirty (30) days written notice to the other.

18. HIPAA Compliance. Each party agrees that it will comply in all material respects with all federal and state mandated regulations, rules or orders applicable to privacy, security and electronic transactions, including without limitation, regulations promulgated under Title II Subtitle F of the Health Insurance Portability and Accountability Act (Public Law 104-191) ("HIPAA"). Furthermore, the parties shall promptly amend the Agreement to conform with any new or revised legislation, rules and regulations to which HMC is subject now or in the future including, without limitation, the Standards for Privacy of Individually Identifiable Health Information or similar legislation (collectively, "Privacy Laws") in order to ensure that they are at all times in conformance with all Privacy Laws. If, within thirty (30) days of either party first providing notice to the other of the need to amend the Agreement to comply with Privacy Laws, the parties, acting in good faith, are (1) unable to mutually agree upon and make amendments or alterations to this Agreement to meet the requirements in question, or (ii) alternatively, the parties determine in good faith that amendments or alterations to the requirements are not feasible, then either party may terminate this Agreement upon thirty (30) days prior written notice.

19. Payor Relationship.  Physician shall render Services to all presenting emergency room patients while providing on-call coverage at Hospital regardless of Physician's contractual relationship to the payor or the patient's ability to pay.

20. Relationship of Parties. Nothing in this Agreement will be deemed to create any relationship between the parties other than that of independent parties contracting with each other to carry out the provision of this Agreement. Neither of the parties, nor any of their respective officers, directors, employees or consultant, will be deemed or construed to be the agent, employee, representative, partner or joint venturer of the other.

21. <u>Notification of Claims</u>.  Physician agrees to cooperate with HMC in the operation of HMC's risk management system. Physician agrees to participate, by attendance, in Risk Management programs approved by HMC. Physician agrees to discuss facts related to any incident so as to allow HMC's risk management system to operate effectively. It is thoroughly understood that the information so exchanged is to be held strictly confidential and has been obtained pursuant to the peer review process.

## SECTION II
## TERM AND TERMINATION

1. <u>Term</u>.  The initial term of this Agreement is for a period of one (1) year commencing on June 1, 2015 and continuing in full force and effect until May 31, 2016, unless earlier terminated pursuant to the terms of this Agreement.  Thereafter, the term will automatically renew for up to two (2) additional one-year terms, not to exceed a maximum of three (3) years, unless either party provides the other with written notice of its intent not to renew at least thirty (30) days prior to the expiration of the then current term.

2. <u>Termination Without Cause</u>.  Either party may terminate this Agreement at any time without cause by giving the other party written notice of its intent to terminate at least sixty (60) days prior to the effective date of termination.  Upon the effective date of termination, all rights and obligations of the parties hereunder shall cease except that the parties shall perform fully any obligations under this Agreement relating to an event occurring or circumstance existing prior to the effective date of termination.

3. <u>Termination for Cause</u>.  Either party pay terminate this Agreement upon thirty (30) days prior written notice to the other party if the other party fails in any material respect to fulfill its obligations under this Agreement and such failure is not cured to the non-breaching parties satisfaction within thirty (30) days after such written notice.

4. <u>Immediate Termination</u>.

   a) In the event that any payment hereunder is determined by a Court or regulatory agency to be illegal or contrary to Federal or state law or regulation, this Agreement shall immediately terminate.

   b) In the event that the Neurosurgery Department is unable to maintain continuous on-call coverage of the Hospital and Department, HMC shall have the right to immediately cancel this Agreement.

   c) Termination or suspension of Medical Staff membership or clinical privileges of Physician

   d) Reduction of clinical privileges for disciplinary reasons in accordance with Medical Staff Bylaws

   e) Limitation, suspension or loss of Physician's license to practice medicine in the State of Michigan or DEA license.

    f) Expulsion, suspension, or other disciplinary proceeding by the final action of a professional medical organization or governmental insurance program, or resignation therefrom under threat of disciplinary action

    g) Judgment by the Chief Medical Officer of behavior to be seriously disrupting the functioning of HMC

    h) Misrepresentation or provision of false or inaccurate information in applying for this position or Medical Staff Membership

    i) Conviction of a criminal offense involving moral turpitude or immoral conduct

    j) Personal conduct of Physician in such a manner as to bring dishonor or disrespect to Physician or HMC, or

    k) Violation of a HMC policy which is grounds for termination of employment under such policy

## SECTION III
## COMPENSATION AND BILLING

1. <u>Compensation</u>. HMC shall pay Physician One Thousand Two Hundred Fifty 00/100 dollars ($1,250.00) per day of neurosurgery coverage. Each day of coverage shall compromise a twenty-four (24) hour period, weekends and holidays notwithstanding. Physician shall only receive the per day fee outlined above regardless of the number of times Physician is contacted or requested to appear during the twenty-four (24) hour time period. Physician shall submit an itemized statement to HMC detailing the dates Physician was on call during the prior calendar month. The itemized statement shall be submitted to HMC within fifteen (15) days of the end of the month. Payments shall be made within thirty (30) business days following receipt of each monthly itemized statement.

2. <u>No Fringe Benefits</u>. Physician shall not be entitled to any fringe benefits under HMC's fringe benefit programs.

3. <u>Billing</u>. Physician shall have the sole and exclusive right to bill patients for the professional services provided by Physician while performing Services under this Agreement. HMC shall have the sole and exclusive right to bill patients for the use of its facilities, equipment and supplies, and for the services of the employees or contractors of HMC. HMC and Physician agree to cooperate in furnishing information and performing acts, which may from time to time be necessary or desirable in order to maintain separate billings. Each statement rendered or payment received by either HMC or Physician shall clearly identify the services billed as those of the billing party and shall reflect that it does not include the services of the other party.

4. <u>SNAF-IGT Program</u>. HMC shall use reasonable efforts to cause Physician to participate in the Specialty Network Access Fee Intergovernmental Transfer Program ("Program") administered by HMC as the qualifying public entity in conjunction with the Michigan Medicaid program. Such participation shall be subject to the eligibility requirements established by the Michigan Medicaid Program. HMC makes no guarantee that Physician will

be eligible to participate nor that Program will continue through the term of this Agreement. HMC makes no representations as to the amounts that may be paid by Program. Physician shall execute such documentation as may be required to assure continued eligibility for program benefits and any and all proceeds from the Program shall be paid to either Physician or HMC, as provided herein. Within the scope of services contemplated in this Agreement Physician shall at all times accept patients referred to HMC by the Program. Physician acknowledges that payments to Physician, if any, pursuant to the SNAF-IGT program are in the sole discretion of HMC as the sponsoring public entity.

## SECTION IV
## MISCELLANEOUS ITEMS

1. Confidentiality.

    1.1. Confidential Information. "Confidential information" includes all confidential or proprietary information regarding HMC or its affiliates' operations, patients, the terms of this Agreement, policies and procedures, financial information, contracting procedures, HMC strategic, business and marketing plans, architectural plans and facility designs, and terms of any other agreements to which HMC is a party. Physician, during the term of this Agreement and thereafter, will not, without the express written consent of HMC, directly or indirectly communicate or divulge, or use for Physician's own benefit or the benefit of any other person, firm, association or client, any of HMC's or its affiliates' proprietary data or other confidential information, which were communicated to or otherwise learned by Physician in the course of the relationship covered by this Agreement. Physician may, however, disclose such matters to the extent that disclosure is required (a) in the course of the relationship with HMC, or (b) by a court or governmental agency of competent jurisdiction. As long as such matters remain proprietary data or other confidential information, Physician will not use such proprietary data or other confidential information in any way or in any capacity other than as an independent contractor providing services for HMC and to further HMC's interests.

    1.2. Release of Information.  This Agreement is confidential between the parties, and neither party shall release information concerning this Agreement without the consent of the other party.  This prohibition does not apply to any information released to fiscal intermediaries, public agencies or commissions with government powers and duties related to disclosure of information, not to any information released by process of law.  Unless prevented by law, each party will inform the other, in advance if possible, of its intention to release information under this provision.  Neither part shall be required to inform the other of releases generally released in their respective daily operations or which are considered common knowledge.

2. Governing Law and Venue.  This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan, without regard to its conflict of law provisions.  For any action brought by or against HMC under this Agreement, venue shall be proper only in a court of competent jurisdiction located in Genesee County, Michigan.

3. <u>Non-Interference</u>.  ==Neither Physician nor HMC shall engage in any act or course of conduct during the term of this Agreement or any renewal period that would materially interfere with the performance of either party.==

4. <u>Access to Books and Records</u>. During the term of this Agreement and until the expiration of four (4) years after the furnishing of services under this Agreement, the Parties shall make available, upon written request of the Secretary of the Department of Health and Human Services, the U.S. Comptroller General, or any of their duly authorized representatives, such books, documents and records as may be necessary to certify the nature and cost of services furnished under this Agreement. The Parties shall also require, in a written contract with any authorized subcontractor who performs services under this Agreement, that the subcontractor meets the same requirement.

5. <u>Indemnification</u>.  Each Party ("Indemnifying Party") shall indemnify and hold harmless the other party, its directors, officers, employees, agents, representatives, successors, assigns, and subcontractors (each, an "Indemnified Party") against all actions, all losses, damages, costs and expenses including but not limited to attorney's fees, directly or indirectly as a result of negligence, intentional or unintentional acts or acts of omission of the Indemnifying Party in connection with the Indemnifying Party's, its directors', officers', employees', agents', representatives', successors', assigns', and subcontractors' obligations under this Agreement, except to the extent caused by the gross negligence or willful misconduct of the Indemnified Party.

6. <u>Notices</u>.  All notices , requests, demands and other communications of any kind which either party may be required or desires to give or serve upon the other party, shall be made in writing and must be delivered in person, by recognized overnight courier service, or send by United States mail, first-class, registered or certified, postage prepaid, return receipt requested, and shall be deemed to have been given when mailed or hand delivered to the address listed below unless notice is given otherwise:

   | **HMC** | **Physician** |
   |---|---|
   | **One Hurley Plaza** | _____ |
   | **Attention: Legal Services** | _____ |
   | **Flint, MI  48503** | _____ |

7. <u>Entire Agreement; Modification</u>.  This Agreement constitutes the entire agreement of the parties concerning the subject matter hereof and supersedes all previous representations, understandings and agreements of the parties, whether oral or written, concerning the same. This Agreement may only be modified, altered, amended, revised or extended by a written document signed by the parties hereto.

8. <u>Severability</u>.  In the event that any provision hereof is found invalid or unenforceable pursuant to judicial decree or decision, the remainder of this Agreement shall remain valid and enforceable according to its terms.

9. <u>Waiver of Breach</u>.  The waiver by any party of a breach or violation of any provision of this Agreement shall not operate as, or be construed to be, a waiver of any subsequent breach of the same or other provisions hereof.

10. <u>Third Party Rights</u>.  The covenants, undertakings and agreements set forth in this Agreement are solely for the benefit of, and are enforceable only by, the parties hereto and their respective successors and permitted assigns.  No person or entity, except the parties shall be beneficiaries of any kind of the terms to this Agreement.

11. <u>Drug-Free Environment</u>. The Parties acknowledge that HMC endeavors to maintain a drug-free environment. Physician shall not engage in the unlawful manufacture, distribution, dispensation, possession or use of a controlled substance in the performance of services at HMC. Breach of this covenant may be regarded as a material breach of this Agreement

12. <u>Counterparts</u>. This Agreement may be executed in several counterparts, each of which shall be deemed an original, and which together shall constitute one instrument. Copies (whether facsimile, photostatic, or otherwise) of signatures to this Agreement shall be deemed to be originals and may be relied on to the same extent as the originals.

13. <u>Binding Effect</u>. This Agreement shall not be valid or legally binding unless signed by both Parties.

    **IN WITNESS WHEREOF**, the parties have executed this Agreement as of the last date and written below.

**HMC**                                                                                  **Physician**

By:  <u>Melany Gavulic</u>                                          By: <u>Sudesh Ebenezer, M.D.</u> _____
Its:  <u>President & CEO</u>                                       Its:  Physician _____
Date:  _____       Date:  _____

9