# EXHIBIT 2

## ASSIGNMENT AND ASSUMPTION OF
## NEUROSURGERY CALL AGREEMENT

This Assignment and Assumption of Neurosurgery Call Agreement ("**Assignment and Assumption**") is entered into by and among IINN, Inc. ("Assignor"), JAWAD A. SHAH, M.D., P.C., a Michigan professional corporation ("Assignee"), and **HURLEY MEDICAL CENTER**, a city of Flint municipal hospital ("HMC"), collectively the "Parties". This Assignment and Assumption shall be effective as of March 1, 2017 ("**Effective Date**").

### RECITALS

**WHEREAS**, Assignor and HMC previously entered into a Neurosurgery Call Agreement commencing December 1, 2016, pursuant to which Assignor provides neurosurgery call coverage for Hurley Medical Center ("**Service Agreement**"); and

**WHEREAS**, Assignor desires to assign all of its rights and delegate all responsibilities under the Service Agreement to Assignee and Assignee is willing to accept from Assignor all such rights and responsibilities.

**NOW, THEREFORE**, in consideration of the foregoing recitals, each of which is incorporated herein, the following covenants and promises and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby agree as follows.

### ASSIGNMENT

1. **Assignment.** Assignor hereby assigns to Assignee all of Assignor's right, title, and interest in, to, and under the Service Agreement and hereby delegates to Assignee all obligations under the Service Agreement arising after the Effective Date.

2. **Acceptance of Assignment and Assumption of Agreement.** Assignee hereby accepts such assignment and delegation and agrees to be bound by the terms of the Service Agreement after the Effective Date, and Assignee hereby assumes all of Assignor's obligations under the Service Agreement arising after the Effective Date. Assignee agrees to perform the Services under the Agreement through a duly licensed physician(s) meeting the qualifications for, and obligations of, physicians as set forth in the Service Agreement.

3. **Pre-Effective Date Obligations.** Neither the assignment nor the consent provided herein shall release or discharge Assignor from any liability under the Service Agreement arising or accruing prior to the Effective Date and Assignor shall remain solely liable and responsible for the full performance and observance of all of the provisions, covenants, and conditions set forth in the Service Agreement to be performed and observed by Assignor during the term of the Service Agreement prior to the Effective Date.

4. **No Default.** As of the date hereof, the Parties acknowledge that the Service Agreement is in full force and effect and neither Assignor nor HMC are in default (or an event(s)

exists which with notice or lapse of time, or both, would constitute a material default) in the performance of their respective obligations under the Service Agreement.

5. **Party Acknowledgement.** By signing below, HMC hereby acknowledges and agrees to the assignment of the Service Agreement by Assignor to Assignee. HMC acknowledges that Assignee shall only be responsible for obligations under the Service Agreement arising on or after the Effective Date and any liability under the Service Agreement accruing or arising prior to the Effective Date shall be the sole liability of Assignor.

6. **No Other Changes.** All other terms and conditions of the Service Agreement shall remain unaffected except as set forth in this Assignment and Assumption.

7. **Successors and Assigns.** This Assignment and Assumption shall be binding on, and inure to the benefit of, the Parties and their respective heirs, personal representatives, successors and assigns.

8. **Exclusion from State and Federal Healthcare Programs.** Assignee represents and warrants that neither it nor any of its employees or contractors have been or are about to be excluded from participation in any Federal Healthcare Program (as defined below). Assignee agrees to notify HMC within one (1) business day of Assignee's receipt of a notice of intent to exclude or actual notice of exclusion from any such Federal Healthcare Program of Assignee or any employee or contractor. The parties acknowledge that the above notification requirement will be the listing of Assignee or any subsidiary owned by Assignee on the Office of Inspector General's exclusion list (OIG website) or the General Services Administration's Lists of Parties Excluded from Federal Procurement and Nonprocurement Programs (GSA website), or the Michigan Department of Community Health Sanctioned Provider List (MDCH website) or any other exclusion list maintained by Medicare and/or Medicaid for excluded individuals and entities shall constitute "exclusion" for purposes of this Paragraph. In the event that Assignee is excluded from any Federal Healthcare Program, this Agreement shall immediately terminate. In the event that any Assignee employee or contractor is excluded from any Federal Healthcare Program, such individual shall be immediately removed from providing Services under the Agreement. For the purposes of this Section, the term "Federal Healthcare Program" means the Medicare program, the Medicaid program, the Maternal and Child Health Services Block Grant program, the Block Grants for State for Social Services program, any state Children's Health Insurance program, or any similar program.

9. **Changes to Exhibit A.** In addition to the aforementioned, the Parties agree that as of the Effective Date, Exhibit A to the Service Agreement is deleted in its entirety and replaced with Exhibit One of this Assignment and Assumption, attached hereto and incorporated herein.

2

The Parties have executed this Assignment and Assumption as of the date(s) set forth below.

**ASSIGNOR**

**IINN, INC.**

By: _____

Date: 3/17/2017

**HURLEY MEDICAL CENTER**

By: _____

MELANY GAVULIC, PRESIDENT & CEO

Date: 3-20-17

**ASSIGNEE**

**JAWAD A. SHAH, M.D., P.C.**

By: _____

Its: Jawad Shah, MD

Date: 3/17/2017

3

ASSIGNMENT AND ASSUMPTION – EXHIBIT ONE
SERVICE AGREEMENT EXHIBIT A EFFECTIVE March 1, 2017

PHYSICIANS

JAWAD A. SHAH

MICHAEL LAWRENCE WOLAK

SUDESH J. EBENEZER

## STATEMENT OF ACCEPTANCE
## for SUDESH EBENEZER

Hurley Medical Center ("HMC") and Sudesh Ebenezer, M.D., ("Physician") entered into an agreement for the Provision of Neurosurgery Services with an effective date of June 1, 2015 ("Current Call Agreement").

Physician has informed HMC that Physician wants to terminate his Current Call Agreement and be added to the neurosurgery call contract in effect between Hurley Medical Center and the Jawad A. Shah, M.D., P.C. ("New Call Agreement").

HMC and Physician have mutually agreed to terminate Physician's Current Call Agreement.

HMC and Jawad A. Shah, M.D., P.C. have signed an agreement adding Physician to the New Call Agreement effective March 1, 2016.

The undersigned physician hereby certifies that he is aware of the New Call Agreement between Hurley Medical Center and the Jawad A. Shah, M.D., P.C. and agrees to observe and be bound in his or her individual capacity by all of its terms and conditions of the New Call Agreement.

The undersigned physician agrees to adopt the principles and policies established in the new Call Agreement as the principles and policies governing his or her conduct as it relates to the provision of neurosurgery call services. The undersigned physician specifically acknowledges that he or she has read and understands his or her duties under this Agreement. The undersigned physician acknowledges that this Agreement contains provisions which are binding on each physician who performs services under this Agreement and the physician hereby agrees to be bound by such provisions in serving under this Agreement. Physician acknowledges that Physician shall remain an employee or independent contractor of the Jawad A. Shah, M.D., P.C. and will not be considered an employee or HMC. In addition, all payments for physician's services will be paid to the Jawad A. Shah, M.D., P.C. and not directly to physician. In addition, Physician acknowledges that the billing and collection of all professional services shall be as agreed upon by HMC and the Jawad A. Shah, M.D., P.C., have agreed upon and may change at any time without Physician's consent.

In addition to the covenants contained above, the undersigned physician represents and warrants that he or she is fully qualified to participate in Medicare, Medicaid, and all other federal, state and local governmental programs for the reimbursement of health care services, and that he or she is not now excluded from participation in any such program. The undersigned physician further represents and warrants that he or she has not been excluded from any such governmental reimbursement program in the past or, if previously excluded, that he or she has been fully reinstated.

_____          3/17/2017
SUDESH EBENEZER                                          Date