# EXHIBIT 3

# Trauma Services
*Clinical Excellence. Service to People.*



December 15, 2022

Sudesh Ebenezer, MD
Insight Institute of Neurosurgery & Neuroscience
4800 Saginaw St., Suite 1800
Flint, MI 48507

Dr. Ebenezer:

I became aware of an event on Friday evening, December 9, 2022, in which the timeliness of your response and engagement in the care of a patient as the on call neurosurgeon implicated both patient safety and quality of care concerns. Hence, in my role as the Trauma Medical Director, I must advise you that your position as a member of the Hurley Medical Center Neurosurgery Trauma Panel is hereby suspended with immediate effect.

This action is without effect on your existing privileges or membership in the Hurley Medical Staff, nor does it require a report to the National Practitioner Databank.

Thank you for your service.

Regards,

Leo C. Mercer, MD, FACS
Chief, Hurley Trauma & Acute Care Surgery/Trauma Medical Director

---

**Patient Safety Work Product** – Protected under the Patient Safety and Quality Improvement Act. The information contained in this document may be protected by M.C.L. 331.531, M.C.L. 331.532, M.C.L. 331.533, M.C.L. 333.20175, M.C.L. 333.21513, M.C.L. 333.21515, M.C.L. 330.1143a, all as amended, and case law. Information contained in this document that is covered by pertinent peer review statutes is both privileged and confidential.

Trauma Services • Hurley Medical Center • One Hurley Plaza • Flint, MI 48503-5993 • (810) 262-9355 • Fax (810) 262-6341