# EXHIBIT 4



4800 S. Saginaw St., Suite 1800
Flint, MI 48507-2669
Tel: (810) 732-8336
Fax: (810) 963-1674
clinic@iinn.com

01/25/2023

Dear Dr. Ebenezer,

It has been communicated to me that you have been removed from the Hurley Medical Center trauma call schedule by Hurley Medical Center. There has been no further communication that this issue has been resolved. As per our previous conversations the primary reason for your employment with us was to help provide appropriate coverage for Hurley Medical Center as a level one trauma center as this would be your primary role in the practice. Due to circumstances that we have no control over nor were we a part of in decision making, you have now been removed from that responsibility by HMC. As a result we are in a position now that we will have to terminate your employment as previously envisioned. At this point, we will not remove you from the practice but rather we will reduce your pay to $50,000 per year and at the end of every year based upon your comportment and quality of work we will then decide whether or not to bonus you. This does not in any way insinuate that there will be a bonus and if this is not acceptable to you then you will have no choice but to leave the practice. Please acknowledge receipt of this letter and we will appropriately be adjusting your salary. Once again, we make no judgment as to what the circumstances were from you being removed from the Hurley call schedule but at the same time, we are left in a position where you no longer have the requisite amount of work that you previously had to justify a higher salary. I would appreciate acknowledgement and acceptance of the above terms.

Yours Sincerely,

Jawad Shah MD, FRCS (C), FAANS, FACS