**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVSION**

SUDESH EBENEZER, M.D.,

       Plaintiff,       Case No.: 2:25-cv-13145
               Hon. Matthew F. Leitman

v.

HURLEY MEDICAL CENTER,

       Defendant.

_____/

## STIPULATION TO EXTEND ALL SCHEDULING ORDER DATES

Plaintiff Sudesh Ebenezer ("Plaintiff"), and Defendant Hurley Medical Center ("Defendant") hereby stipulate and agree to extend discovery by ninety (90) days and the remainder of the scheduling order by one hundred and twenty (120) days in this matter for the following reasons:

1. Plaintiff initiated this action on October 6, 2025, alleging First Amendment retaliation, as well as supplemental state-law claims for tortious interference with a business relationship or expectancy, tortious interference with a contract, and promissory estoppel.

2. On December 16, 2025, the parties filed their Proposed Joint Discovery Plan, agreeing to complete fact discovery by October 11, 2026. ECF No. 7, PageID.59.

62825459.6

3. On December 16, 2025, this Court issued a Case Management Order requiring completion of fact discovery by June 16, 2026. ECF No. 8, PageID.63.

4. This case involves complex issues that have yielded the discovery of voluminous records which contain privileged and highly sensitive information. Due to the complexity of the issues in this case, the voluminous records, and the issues of privilege that the parties have been navigating, the parties submitted a stipulated order to extend discovery by ninety (90) days to September 14, 2026, which was entered by this Court on May 21, 2026. (ECF 13).

5. Notwithstanding the prior extension, significant additional discovery remains outstanding, including depositions.

6. In addition to the complexity of the outstanding discovery, the Parties anticipate significant scheduling difficulties in coordinating depositions in this matter. Plaintiff and the anticipated deponents are physicians whose schedules and professional obligations will make it difficult to arrange deposition dates within the current timeframe. Additionally, defense counsel has a lengthy trial before Judge Lawson beginning on September 15, 2026, which will require substantial trial preparation in the weeks preceding the trial date. These anticipated scheduling constraints, combined with the complexity of discovery, necessitate a second extension of the discovery cutoff.

62825459.6

7. Accordingly, the parties respectfully ask the Court to extend the September 14, 2026, discovery cutoff by ninety (90) days and all other scheduling order dates by one hundred and twenty (120) days.

**STIPULATED AND AGREED TO:**

Dated: July 15, 2026

*/s/ Ertis Tereziu (w permission)*

Ertis Tereziu (P84911)
MORGAN & MORGAN, P.A.
150 West Jefferson, Suite 1400
Detroit, MI 48226
(313) 739-1953
etereziu@forthepeople.com
*Attorneys for Plaintiff*

Dated: July 15, 2026

*/s/ Audrey J. Forbush*

Audrey J. Forbush  (P41744)
Regan L. Glenn (P88000)
PLUNKETT COONEY
Plaza One Financial Center
111 E. Court Street – Suite 1B
Flint, MI  48502
(810) 342-7014
aforbush@plunkettcooney.com
rglenn@plunkettcooney.com
*Attorneys for Defendant*

62825459.6

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVSION

SUDESH EBENEZER, M.D.,

        Plaintiff,                     Case No.: 2:25-cv-13145
                                         Hon. Matthew F. Leitman

v.

HURLEY MEDICAL CENTER,

        Defendant.

_____/

## ORDER GRANTING EXTENSION OF ALL SCHEDULING ORDER DATES

**WHEREAS** the parties having stipulated to this Order and the Court being fully advised of its premises;

**IT IS HEREBY ORDERED** that the deadline for completion of fact discovery is hereby extended ninety (90) days from September 14, 2026, to December 13, 2026, and all remaining scheduling order dates are extended one hundred and twenty (120) days as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Fact Discovery Cutoff | September 14, 2026 | December 14, 2026 |
| Rule 26(a)(2) Proponent Expert Disclosures | July 16, 2026 | November 13, 2026 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | August 17, 2026 | December 15, 2026 |
| Expert Discovery Cutoff | September 17, 2026 | January 15, 2027 |
| Dispositive Motions and Challenges to Experts | October 19, 2026 | February 16, 2027 |

| Rule 26(a)(3) pretrial Disclosures | January 8, 2027 | May 7, 2027 |
|---|---|---|
| Motions *in Limine* | February 1, 2027 Response briefs due 10 days after filing, but not later than February 10, 2027. Reply briefs due 5 days after responses are filed, but not later than February 16, 2027. | June 1, 2027 Response briefs due 10 days after filing, but not later than June 10, 2027. Reply briefs due 5 days after responses are filed, but not later than June 16, 2027. |
| *Final Pretrial order* | February 17, 2027 | June 23, 2027 |
| Final Pretrial Hearing | March 3, 2027 | July 7, 2027, at 1:30 p.m. |
| Trial Date | March 23, 2027 | July 20, 2027, at 1:30 p.m. |

**IT IS SO ORDERED**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2026

62825459.6