**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SUDESH EBENEZER, M.D.,

Plaintiff,

v.

HURLEY MEDICAL CENTER,

Defendant.
______________________________/

Case No.: 2:25-cv-13145
Hon. Matthew F. Leitman

Mag. Judge Kimberly G. Altman

# ORDER STAYING DISCOVERY AND ALL SCHEDULING ORDER DATES

The Court has reviewed the parties' Joint Motion to Stay Discovery or, in the Alternative, to Extend Discovery and All Scheduling Order Dates by 120 Days. The parties have stipulated to this Order, and the Court finds good cause under Fed. R. Civ. P. 16(b)(4).

IT IS HEREBY ORDERED as follows:

1. Discovery and all remaining dates in the Court's July 15, 2026 Order (ECF No. 14) are STAYED until the Court decides Plaintiff's Motion to Compel and for Sanctions (ECF No. 15) and Defendant's Motion for Protective Order (ECF No. 18).

2. The stay does not apply to the pending motions, the December 2, 2026 hearing, the parties' Joint Statement of Resolved and Unresolved Issues, or any

production the Court orders in deciding the motions.

3. Within fourteen days after the Court decides both motions, the parties shall submit a proposed amended scheduling order.

4. This Order is entered without prejudice to either party's position on the pending motions.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

So stipulated:

*/s/ Ertis Tereziu*
Ertis Terziu (P84911)
*Attorney for Plaintiff*

*/s/ Audrey J. Forbush (with consent)*
Audrey J. Forbush (P41744)
*Attorney for Defendant*